UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 08 C 50266 |
| DONALD E. TUECKE, | ) |
| PAMELA J. TUECKE, | ) |
| GLENN L. ARENSDORF, | ) Judge Philip Reinhard |
| DEBBIE J. ARENSDORF, | ) (Magistrate Judge P. Michael Mahoney) |
| SINSINAWA DOMINCANS INC., | ) |
| LOLA ANN BEEBE, | ) |
| CENTRAL BUYER CORPORATION, and | ) |
| COUNTY OF JO DAVIESS, ILLINOIS, | ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION FOR ENTRY OF STIPULATED JUDGMENT

United States of America the County of Jo Daviess Illinois (the "County") submit the attached proposed stipulated judgment, and move this court to enter such judgment in the above-captioned case.

The United States and the County agree as follows:

1. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1345.

2. Venue is proper in the Northern District of Illinois pursuant to 28 U.S.C. § 1391 because the property which the United States seeks to remove is located upon Federal Land which is located in this District.

3. The United States is the owner of a parcel of real property known as parcel number 158 of the Upper Mississippi River Nine Foot Channel Project, more particularly described as:

> Part of Tract No. FI-76, located in the County of Jo Daviess, State of Illinois, being part of SW 1/4 section 29, township 29 north, range 2 west of the 4th principal meridian, designated as Item No. 158 and shown in red on map, file No. 12-S-159.1, containing 0.7 acre, more or less,

hereinafter referred to as "Federal Land", which is administered by the Army Corps of Engineers, Rock Island District.

4. The Secretary of the Army, as Lessor, entered into a Cottage Lease (hereinafter "Lease") with defendants Donald E. Tuecke, Lessee and Pamela J. Tuecke, Lessee (hereinafter "the Tueckes") on February 13, 1998, for the use of the Federal Land, under which the United States retained ownership of the Federal Land and the Tueckes owned structures and fixtures located upon the Federal Land. The Tueckes acquired and maintained a cottage and garage on the Federal Land (hereinafter "the Structure").

5. The Lease contains provisions that require the Tueckes to remove the Tueckes' property and restore the Federal Land site to a satisfactory condition upon termination of the Lease, and that obligate the Tueckes to pay the United States on demand any sum which may be expended by the United States after the expiration, revocation, or termination of the lease in restoring the Federal Land.

6. The Lease was terminated by the United States on July 17, 2003, pursuant to the terms of the Lease, for the failure by the Tueckes to pay rent.

7. The Tueckes did not remove the Structure from the Federal Land as required by the terms of the Lease, which includes the restoration and rehabilitation of the site to its natural state.

8. The Tueckes sold the Structure to Glenn L. Arensdorf and Debbie J. Arensdorf

(hereinafter "the Arensdorfs"); however, there is no lease agreement between the Secretary of the Army and the Arensdorfs, and the Arensdorfs have since abandoned the Structure.

9. Property taxes were accessed against the Structure by the defendant, County of Jo Daviess, Illinois, and may remain unpaid and constitute a lien on the property.

10. To date, the Structure has not been removed from the Federal Land.

11. Any structure, equipment, motor vehicles, and personal property left on the Federal Land by any defendant without authorization constitutes a trespass on the property of the United States.

12. The County is not entitled to nor does it claim any residential occupancy of the Federal Land, or any interest in any structure, equipment, motor vehicles and personal property found on the Federal Land. The County agrees to entry of judgment for the United States under the terms and conditions of the proposed Judgment attached hereto as Exhibit A.

                    UNITED STATES OF AMERICA by
                    PATRICK J. FITZGERALD
                    United States Attorney


By:     s/ Monica V. Mallory
       MONICA V. MALLORY
       Assistant United States Attorney
       308 West State Street, Suite 300
       Rockford, Illinois 61101
       (815) 987-4444
       monica.mallory@usdoj.gov

COUNTY OF JO DAVIESS, ILLINOIS

By:   TERRY M. KURT
Jo Daviess County State's Attorney

# CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

JOINT MOTION FOR ENTRY OF STIPULATED JUDGMENT

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on __2/25/09__, to the following non-ECF filers:

County of Jo Daviess
Attn: Terry Kurt
Jo Daviess County Courthouse
Room 220
330 North Bench Street
Galena, Illinois 61036

    s/ Monica V. Mallory
MONICA V. MALLORY
Assistant United States Attorney
308 West State Street - Suite 300
Rockford, Illinois 61101
(815) 987-4444
monica.mallory@usdoj.gov